Attorney or Party Name, Address, Telephone & FAX No., State Bar No. & Email Address

Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000
Fax (951) 826-8090

*Chapter 13 Trustee*

FOR COURT USE ONLY

FILED & ENTERED

FEB 15 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:
KENNETH LEWIS SYLVIA

TERESA YVONNE SYLVIA

Debtor(s).

CASE NO.: **6:16-bk-21108-MJ**

CHAPTER: 13

**ORDER CONFIRMING CHAPTER 13 PLAN**

DATE: February 06, 2017
TIME: 1:30 pm
COURTROOM: 301
PLACE: 3420 Twelfth St.
Riverside, CA 92501

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on 01/26/2017.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor (s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan Payments:
   a. ☐ The amount of each monthly plan payment is $_______. The due date is ______ day of each month for ______ months. The Plan provides for the payment of ______% of allowed claims for general unsecured creditors.

   b. ☒ The amount of each monthly plan payment is:
   Starting 01/22/2017 the monthly plan payment is $568.21,
   Starting 02/22/2017 the monthly plan payment is $601.00,

   The due date is the 22nd day of each month for 60 months. The Plan provides for the payment of 100.00% of allowed claims for general unsecured creditors.
2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to the post -petition defaults by the debtor(s).
3. Other provisions:
   a. ☒ This is a base plan with the debtor(s) paying at least $36,027.21 of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

| ORDER CONFIRMING CHAPTER 13 PLAN<br>Page 2 of 2 | CASE NO.: **6:16-bk-21108-MJ**<br><br>CHAPTER: 13 |
|---|---|

b. [X] The Trustee is authorized to make payment to holders of secured claims based on the plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c. [X] Counsel for debtor(s) is awarded fees of $3,000.00; having previously received $3,000.00 , counsel is entitled to $0.00 payment of from the estate. Fees will be paid in an amount of not more than 50% of each plan payment until paid in full.

d. [X] Additional provisions incorporated in this Order:

1. Debtor(s) must pay the base plan amount or the percentage to unsecured creditors, whichever is greater.
2. In addition to the monthly plan payments, tax refunds received during the term of the plan are pledged to the plan.
3. The plan is modified to comply with the requirements of the court's approved plan form.
4. Debtor(s) reserve the right to object to any claim notwithstanding any plan interlineations.

e. [X] Interlineations:

- THE DEBTOR(S) SHALL PROVIDE PROOF OF AUTOMOBILE INSURANCE TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF PLAN CONFIRMATION. THE AMENDED PLAN IS STRICKEN. THE DEBTOR SHALL FILE AND SUBMIT AN AMENDED DOMESTIC SUPPORT AND TAX DECLARATIONS WITHIN 10 DAYS OF PLAN CONFIRMATION.

Date: February 15, 2017

Meredith A. Jury
United States Bankruptcy Judge